UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA- TAMPA DIVISION

------------------------------------------------------------------------x

Naya Carrillo                                                   Civil Action No:
                                                                8:20-cv-457
         Plaintiff,

 -v.-

Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
Transunion, LLC,
Bank of America, N.A.,
JPMorgan Chase Bank, N.A.,
d/b/a Chase Bank

         Defendants.
------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC**

  Notice is hereby given that the Plaintiff Naya Carrillo and Defendant Equifax Information Services, LLC have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 26th day of March, 2020

               */s/Justin E. Zeig*
               Justin E. Zeig, Esq.
               **Zeig Law Firm, LLC**
               3475 Sheridan Street Suite 310
               Hollywood, FL 33021
               Phone: 754-217-3084
               justin@zeiglawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 26, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Justin E. Zeig*
Justin E. Zeig, Esq.