IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAYA CARRILLO,

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, BANK OF AMERICA, N.A., and JPMORGAN CHASE BANK, N.A., d/b/a CHASE BANK,

CASE NO. 8:20-CV-0457-CEH-CPT

        Defendants.       /

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE CHARLENE EDWARDS HONEYWELL:

The parties respectfully notify the Court that Plaintiff and Defendant Trans Union LLC have settled all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Trans Union and Plaintiff will present dismissal documents to the court as soon as possible. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: __November 25__, 2020

        Respectfully submitted,

        */s/Charlotte Long*
        **CHARLOTTE LONG**
        clong@qslwm.com
        Florida Bar No. 0112517
        **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
        6900 N Dallas Parkway, Suite 800
        Plano, Texas 75024
        (214) 560-5461

(214) 871-2111 Fax
***Counsel for Trans Union LLC***

Respectfully submitted,

*/s/Justin Zeig*

Justin E. Zeig
justin@zeiglawfirm.com
Zeig Law Firm, LLC
3595 Sheridan Street, Suite 103
Hollywood, FL 33021
(754) 217-3084
***Counsel for Plaintiff***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on _____, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of normally record:

Justin E. Zeig
justin@zeiglawfirm.com
Zeig Law Firm, LLC
3595 Sheridan Street, Suite 103
Hollywood, FL 33021
(754) 217-3084
*Counsel for Plaintiff*

Brian Alexander Wolf
bwolf@mcguirewoods.com
Jason Richard Bowyer
JBowyer@mcguirewoods.com
McGuireWoods, LLP
Suite 3300
50 N Laura St
Jacksonville, FL 32202
(727) 409-0560
(904) 798-3207 Fax
*Counsel for Bank of America, N.A.*

Maria Helena Ruiz
mruiz@kasowitz.com
Kasowitz Benson Torres LLP - Miami
Suite 1420
1441 Brickell Ave
Miami, FL 33131-3426
(786) 587-1044
(305) 675-2601 Fax
*Counsel for Experian Information Solutions, Inc.*

**CHARLOTTE LONG**