# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NAYA CARRILLO,

    Plaintiff,

v.                                                   Case No: 8:20-cv-457-KKM-CPT

EXPERIAN INFORMATION
SERVICES, LLC, et al.,

    Defendants.
_____/

## ORDER

Plaintiff Naya Carrillo and Defendant Experian Information Solutions jointly move to dismiss Experian Information Solutions as a party because they resolved all claims between them. (Doc. 42). Consistent with Federal Rule of Civil Procedure 41(a), the following is **ORDERED**:

1. The joint motion to dismiss Experian Information Solutions as a party (Doc. 42) is **GRANTED**.

2. Carrillo's claims against Experian Information Solutions are **DISMISSED WITH PREJUDICE**. Each party will bear its own costs and attorney's fees.

3. The Clerk is directed to terminate Experian Information Solutions as a party to this case.

**ORDERED** in Tampa, Florida, on February 1, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge